FILED & ENTERED

JUL 11 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Leonor C Zimerman<br><br><br><br>Debtor(s). | Case No.: 1:11-bk-14045-GM<br><br>CHAPTER 11<br><br>**COURT WRITTEN TENTATIVE RULING REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY WEBER WAY LJM, LLC**<br><br>Date:  July 8, 2014<br>Time:  10:00 a.m.<br>Courtroom:   303 |

Service:     Ok.

Background:

     Leonor C. Zimerman ("Debtor") filed a voluntary Chapter 11 petition on April 1, 2011.  On May 8, 2012, Debtor filed a Second Amended Modified Chapter 11 Plan of Reorganization ("Plan").  The Plan was confirmed on June 29, 2012.  Under the Plan, Class #8, First Citizens Bank & Trust Company ("FCB") was a senior secured lender holding a lien on property located at 12838 Webber Way, Hawthorne, California.  FCB was to receive monthly mortgage payments in the amount of $6,974.19 commencing April 1, 2012.  Additionally, it was to receive monthly arrearage payments in the amount of $3,060.47 commencing April 1, 2012.  However, prior to confirmation of the Plan and as of May 8, 2012, Debtor decided to abandon the Weber Way Property back to FCB.

     On January 7, 2013, an Order was entered Granting Final Decree and Closing Chapter 11 Case.  On February 13, 2013, an Order was entered Amending the Order

Confirming the Debtor's Second Amended Modified Chapter 11 Plan so that a Discharge may be Granted.

<u>Motion for Relief from Stay</u>:

On June 10, 2014, Weber Way LJM, LLC, filed a Motion for Relief from the Automatic Stay under 11 U.S.C. §362(d)(1) and (d)(2)(A). The Weber Way property is the subject of this Motion. Movant, Weber Way LJM, contends that it is the assignee of the original holder's interest in the Weber Way Property. Movant contends it is not adequately protected. Moreover, Weber Way LJM contends that Debtor has no equity in the property and the property is not necessary to an effective reorganization.

According to Weber Way LJM, the fair market value of the Weber Way Property is $1,700,000. Weber Way LJM contends it is owed $1,766.217.03. Further, Movant contends no post-petition payments have been made.

<u>Analysis</u>:

Weber Way LJM attaches various deeds which ultimately evidences the transfer of the Weber Way Property to Weber Way LJM. Based on the Assignment of Deed of Trust, Debtor executed a Deed with Temecula Valley Bank on November 3, 2008 for the Weber Way Property. This Deed was subsequently assigned to FCB. FCB then assigned its interest in the Property to Beverly Palm Properties. Finally, on May 8, 2014, Beverly Palm Properties granted the Property to Weber Way LJM. See, Exh. 5 to Motion for Relief from Stay.

Pursuant to the confirmed Plan, the confirmation of the Plan revests all of the property of the estate in the Debtor. Moreover, pursuant to the Plan, the Weber Way Property was abandoned back to FCB on May 8, 2012.

Pursuant to 11 USC §362(c), the stay of an act against property of the estate terminates when the property is not longer property of the estate. This property was removed from the estate by the terms of the Plan and therefore this motion appears merely to be a request for a "comfort order," which is frowned on by the Court.

Therefore, based on the terms of the confirmed Plan, it appears there are no grounds to approve relief from the automatic stay as no automatic stay exists and the Weber Way Property is no longer part of Debtor's estate and the Debtor has not interest in it.

No appearance necessary if you submit on the tentative ruling. Except in the case of a trustee's final report and simultaneous hearing on applications for approval of professional fees, the prevailing party is to lodge a proposed order in conformance with this tentative ruling within seven court days after the hearing, serving all interested parties with a copy of the proposed order.

Date: July 11, 2014

Geraldine Mund
United States Bankruptcy Judge

-2-